■ SARAH CORSIVO, as Administratrix of the Estate of AUGUST R. CORSIVO, Deceased, Respondent, v M&S HOTELS, LLC, et al., Defendants, and DEC MANAGEMENT, INC., et al., Appellants. [895 NYS2d 915]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered March 5, 2009 in a personal injury action. The order, inter alia, granted the motion of plaintiff for partial summary judgment on liability pursuant to Labor Law § 240 (1).

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Sconiers, Green and Gorski, JJ.